Case 2:16-cr-00288 Document 8 Filed in TXSD on 03/23/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MAG. JUDGE NO. 2:16-MJ-00341-1 |
| § | |
| JOSE RODRIGUEZ-GUTIERREZ § | |

### ORDER DETAINING MATERIAL WITNESS

Material Witness **Marvin Jesus Hernandez-Martinez** appeared in open court with counsel and a hearing was held pursuant to the Bail Reform Act, 18 U.S.C. Sec. 3142(f). Mr. Hernandez-Martinez has previously been deported or removed from the United States, and if released on bond, he would be deported and unavailable for trial or deposition. Accordingly, the Government's motion for detention is **GRANTED**.

The material witness is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The material witness shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the material witness to the United

States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 23rd day of March, 2016.

_____<br>
Jason B. Libby<br>
United States Magistrate Judge